FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 20, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| YADIRA AVILA BAEZ,<br><br>                Plaintiff,<br><br>   v.<br><br>ANNE ARRIES CORSANO, Washington District Director of the United States Citizenship & Immigration Services; KEITH BROWN, Yakima Field Office Director of the United States Citizenship & Immigration Services; L. FRANCIS CISSNA, Director of the United States Citizenship & Immigration Services; JEFF SESSIONS, United States Attorney General; and KIRSTJEN M. NIELSEN, Secretary of the Department of Homeland Security,<br><br>                Defendants. | NO: 1:18-CV-3010-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is a motion by Defendants to dismiss Plaintiff's complaint for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. Rule 12(b)(1). ECF No. 8. As represented by Defendants, Plaintiff conveyed that she

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

will not oppose the motion.[1] ECF No. 8 at 2. Having reviewed Defendants' motion and supporting documentation, as well as the relevant law, the Court agrees that it lacks jurisdiction to resolve Plaintiff's complaint because Plaintiff has not yet exhausted her administrative remedies. *See Cabaccang v. U.S. Citizenship & Immigration Servs.*, 627 F.3d 1313, 1316–17 (9th Cir. 2010) (finding a district court cannot hear a claim based on the Administrative Procedure Act during the pendency of a removal proceeding); *see also* ECF No. 9-1 (Notice to Plaintiff to appear in removal proceedings).

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendants' Unopposed Motion to Dismiss, **ECF No. 8**, is **GRANTED**.
2. Plaintiff's Complaint is dismissed without prejudice and without costs to any party.
3. All pending motions, if any, are **DENIED AS MOOT**.
4. All scheduled court hearings and accompanying deadlines are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** July 20, 2018.

                                      *s/ Rosanna Malouf Peterson*
                                      ROSANNA MALOUF PETERSON
                                      United States District Judge

---

[1] If Plaintiff, instead, opposes Defendants' motion, she may move to reopen this matter.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2